UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESIDIO HOME CARE, LLC, a California limited liability company,<br><br>                Plaintiff,<br><br>v.<br><br>B-EAST, LLC, a California limited liability company; and DOES 1-10,<br><br>                Defendants. | Case No. 14cv1463-WQH (BLM)<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

On December 2, 2014, the Court convened a telephonic Case Management Conference to discuss the status of compliance with the settlement agreement. The attorneys for both parties advised the Court that the parties have not yet executed the settlement agreement but anticipate executing the agreement soon. Based upon the counsel's representations, the Court finds it necessary to set a follow-up Case Management Conference ("CMC") to verify the execution of the settlement agreement and resolution of the litigation.

///

///

///

14cv1463-WQH (BLM)

    Counsel for both parties (Anthony J. Ellrod, Esq. for Plaintiff Presidio Home Care, LLC and Jonathan L. Pettit, Esq. for Defendant B-East, LLC) are **ORDERED** to appear **in person** for the CMC on **December 22, 2014** at **11:00 a.m.** in **Courtroom 1B**, Edward J. Schwartz U.S. Courthouse, located at **221 West Broadway, San Diego, CA 92101**.

    **IT IS SO ORDERED.**

DATED: December 3, 2014

*Barbara Major*

BARBARA L. MAJOR
United States Magistrate Judge