UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESIDIO HOME CARE, LLC, a California limited liability company,<br><br>                Plaintiff,<br>v.<br><br>B-EAST, LLC, a California limited liability company; and DOES 1-10,<br><br>                Defendants. | Case No. 14cv1463-WQH (BLM)<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL** |

On January 8, 2015, the Court convened a Case Management Conference in the above-entitled action. Anthony J. Ellrod, Esq. appeared for Plaintiff Presidio Home Care, LLC, and Jonathan L. Pettit, Esq. and Bernard Kleinke, Esq. appeared for Defendant B-East, LLC. Counsel for both parties jointly represented that they have finalized the settlement agreement and that they anticipate filing a joint motion to dismiss within ten days.

The parties are ordered to file their joint motion for dismissal of this case, signed by counsel of record and any unrepresented parties, no later than **January 23, 2015**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.

same day. If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **January 23, 2015**, then all counsel of record and unrepresented parties are required to appear **in person** for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **February 3, 2015** at **9:30 a.m.** in **Courtroom 1B**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED.**

DATED: January 8, 2015

BARBARA L. MAJOR
United States Magistrate Judge